ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JUN 18 PM 3: 10

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KENT LAMOND SANDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-021 |
| | ) | |
| JASON MEDLIN, Warden of Wheeler Correctional Facility, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 12).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil action is **CLOSED**.[2]

SO ORDERED this 18th day of June, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff's submission is docketed as a motion for an extension of time – presumably due to its inclusion of a request for an extension within which to find and retain an attorney – that submission is clearly responsive to the Magistrate Judge's R&R and contains objections to the same. (See generally doc. no. 12.)

[2] Because the Court is herein adopting the Magistrate Judge's finding that Plaintiff has failed to state a claim upon which relief can be granted, Plaintiff's request for an extension of time within which to retain an attorney is accordingly **DENIED** as **MOOT**. (Doc. no. 12, p. 1.)